UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW J. KAMPURIES, LUISA LAROSA,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>NEW YORK CITY DEPT OF E.P.A., PORT<br>AUTHORITY OF NEW YORK AND NEW<br>JERSEY,<br><br>                    Defendants. | Civil Docket No.: 1:26-cv-03753-AKH<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

**PLEASE TAKE NOTICE**, that defendant the Port Authority of New York and New Jersey, through its counsel the Port Authority Law Department, shall move before the Honorable Judge Alvin K. Hellerstein on July 20, 2026 for an order dismissing the complaint.

**PLEASE TAKE FURTHER NOTICE**, that defendant shall rely upon the enclosed supporting Memorandum of Law, the Declaration of Counsel with exhibits attached thereto, the Notice to *Pro Se* Litigant who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings, and the pleadings previously filed in this action.

**PLEASE TAKE FURTHER NOTICE**, that plaintiff may file his opposition on or before July 6, 2026 and the Port Authority may file its reply, if any, on or before July 13, 2026.

Dated:   New York, New York
         June 16, 2026

                           PORT AUTHORITY LAW DEPARTMENT
                           *Attorney for Defendant*
                           Port Authority of New York and New Jersey,

                           By: /s/*Megan Lee*
                              Megan Lee, Esq.
                              4 World Trade Center
                              150 Greenwich Street, 24th Floor
                              New York, New York 10007
                              Telephone No.: (212) 435-3435
                              Email: mlee@panynj.gov

To:    Andrew John Kampuries, *Pro Se*
       3 Palm Drive
       Windsor Locks, CT 06096-1632
       (via ECF and Federal Express)

       Lusia LaRosa, *Pro Se*
       110 D Forest Grove
       Halfmoon, NY 12065
       (*via ECF and Federal Express*)

       Joseph E. Hopkins
       Pellis Law Group LLP
       *Attorneys for Defendant New York City Dept of E.P.A*
       37 North Broadway, Suite 1
       Nyack, New York 10956
       Telephone No.: 845-535-3939
       Email: jhopkins@pellislaw.com