**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ANDREW J. KAMPURIES and LUSIA LAROSA,<br><br>                    Plaintiffs,<br><br>v.<br><br>NEW YORK CITY DEPT OF E.P.A. and PORT AUTHORITY OF NEW YORK AND NEW JERSEY<br><br>                    Defendants. | Master Docket No. 21 MC 100 (AKH)<br><br><br>Case No. 1:26-CV-03753-AKH |

**DEFENDANT CITY OF NEW YORK'S NOTICE OF MOTION**
**IN SUPPORT OF ITS MOTION TO DISMISS**
**PURSUANT TO N.Y. GML § 50-i AND FED. R. CIV. P. 12(b)**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and the

Declaration of Joseph E. Hopkins, Esq. and Exhibits A and B annexed thereto, Defendant City of

New York (the "City"), will move before the Honorable Alvin K. Hellerstein, Judge of the

United States District Court for the Southern District of New York, at the United States

Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New

York 10007, for an order, pursuant to N.Y. GML § 50-i and Fed. R. Civ. P. 12(b), dismissing

Plaintiff's Complaint with prejudice.

                                        Respectfully submitted,

Dated: June 16, 2026            /s/ *Joseph E. Hopkins*
                                        Joseph E. Hopkins (Bar No. JH1078)
                                        PELLIS LAW GROUP, LLP
                                        37 North Broadway, Suite 1
                                        Nyack, NY 10960
                                        jhopkins@pellislaw.com

                                        *Attorneys for Defendant, The City of New York*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have caused a true and correct copy of the foregoing document to be served upon plaintiffs Andrew J. Kampuries, 3 Palm Drive, Windors Locks, CT 06096 and Lusia Larosa, 110 D Forest Grove, Halfmoon, NY 12065 via USPS First Class Mail on this 16th day of June, 2026.

/s/ *Joseph E. Hopkins*
Joseph E. Hopkins